1  Gary M. Messing, Bar No. 075363
   James W. Henderson, Jr., Bar No. 071170
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  980 9th Street, Suite 380
   Sacramento, California 95814
4  Telephone:   916.446.5297
   Facsimile:    916.448.5047
5
   Attorneys for Plaintiff JAMES WATTS
6

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | JAMES WATTS,  |  Case No. 1:13-CV-01007-BAM
12 |     Plaintiff,  |  **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
13 |     v.  |
14 | COUNTY OF FRESNO,  |
15 |     Defendant.  |

16

17    NOTICE IS HEREBY GIVEN THAT, subject to approval by the court, Plaintiff JAMES

18 WATTS substitutes James W. Henderson, Jr., State Bar No. 071170, c/o Messing Adam &

19 Jasmine LLP as counsel for record in place of James W. Henderson, Jr., State Bar No. 071170, c/o

20 Carroll, Burdick & McDonough LLP.  Contact information for new counsel is as follows:

21                    Messing Adam & Jasmine LLP

22                      980 9th Street, Suite 380

23                        Sacramento, CA 95814

24            Telephone: (916) 446-5297 / Facsimile: (916) 448-5047

25                    Email: jhenderson@majlabor.com

26

27

28

1  I consent to the above substitution.

2 /s/ James Watts

3  Date:4/20/15                                         James Watts

4

5  I consent to being substituted.            **CARROLL, BURDICK & MCDONOUGH LLP**

6                                                         /s/ David Godwin

7  Date:4/23/15                                         David Godwin

8

9  I consent to the above substitution.      **MESSING ADAM & JASMINE LLP**

10                                                        /s/ James W. Henderson, Jr.

11 Date:4/17/15                                         James W. Henderson, Jr.

12

ORDER

The substitution of attorney is hereby approved.

IT IS SO ORDERED.

Dated:   **April 30, 2015**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE