Gary M. Messing, Bar No. 075363
James W. Henderson, Jr., Bar No. 071170
**MESSING ADAM & JASMINE LLP**
Attorneys at Law
980 9th Street, Suite 380
Sacramento, California 95814
Telephone:    916.446.5297
Facsimile:    916.448.5047

Attorneys for Plaintiff JAMES WATTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JAMES WATTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF FRESNO,<br><br>　　　　　Defendant. | Case No. 1:13-cv-01007-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff JAMES WATTS and Defendant COUNTY OF FRESNO that the Complaint filed herein shall be dismissed with prejudice, that Plaintiff JAMES WATTS waives all rights of appeal in connection with this action and that each party shall bear his/its own costs and attorney's fees.

IT IS SO ORDERED.

Dated:    **July 15, 2015**          /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: July 8, 2015                     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By ____/s/ Michael G. Woods_____
   Michael G. Woods
   Attorneys for Defendant COUNTY OF FRESNO


Dated: May 12, 2015                    MESSING ADAM & JASMINE LLP


By ____/s/ James W. Henderson, Jr._____
   James W. Henderson, Jr.
   Attorneys for Plaintiff JAMES WATTS


Dated: May 12, 2015


By ____/s/ James Watts_____
   Plaintiff JAMES WATTS


## **ORDER**

Based on the Stipulation of the parties and for good cause shown, IT IS ORDERED that the Complaint of Plaintiff JAMES WATTS is dismissed with prejudice and that Plaintiff JAMES WATTS has waived his right of appeal in connection with this matter.  Each party shall bear his/its own costs and attorney's fees. The Clerk of the Court is directed to close this case.